UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JENNIFER LEE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 3:16-cv-03070-SEM-TSH |
| vs. | ) | |
| | ) | |
| CASEY'S GENERAL STORES, INC., | ) | |
| and CASEY'S RETAIL COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### NOTICE OF DEPOSITION OF JENNIFER LEE

TO:              Jeffrey Cisco
                 Attorney for Plaintiff

DEPONENT:        Jennifer Lee

DATE AND TIME:   Tuesday, August 30, 2016 at 11:00 a.m.

LOCATION:        Kanoski Bresney
                 237 East Front Street
                 Bloomington, IL 61701

REPORTER:        Midwest Litigation Services

**PLEASE TAKE NOTICE** that at the above date, hour and place, we shall cause the deposition of the above witness to be taken upon oral examination pursuant to Supreme Court Rule 206, before a shorthand reporter and suitable Notary Public.

Dated: July 28, 2016                          Respectfully submitted,

                                              **TEASDALE & ASSOCIATES, LLC**
                                              /s/ Douglas S. Teasdale
                                              Douglas S. Teasdale, #6220226
                                              5017 Washington Place, Suite 302
                                              St. Louis, Missouri 63108
                                              Tel: (314) 725-5353   Fax: (314) 454-0065
                                              dteasdale@teasdalelaw.com
                                              *Attorney for Defendant Casey's General*
                                              *Stores, Inc. and Casey's Retail Company*

**CERTIFICATE OF SERVICE**

    I hereby certify that on 28th day of July, 2016, the foregoing document was filed electronically with the Clerk of the United States District Court, Central District of Illinois, to be served by operation of the Court's electronic filing system upon:

Jeffrey I. Cisco
KANOSKI BRESNEY
2730 S. MacArthur Blvd.
Springfield, IL  62704
Telephone:  (217) 523-7742
Facsimile:  (217) 523--1412
Email:  jeffc@kanoski.com
*Attorney for Plaintiff*

                                                          /s/ Douglas S. Teasdale
                                                          Douglas S. Teasdale