E-FILED
Thursday, 13 July, 2017  04:29:51 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| JENNIFER LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 3:16-cv-03070-SEM-TSH |
| | ) | |
| CASEY'S GENERAL STORES, INC., | ) | |
| and CASEY'S RETAIL COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

---

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, JENNIFER LEE, by her attorneys, KANOSKI BRESNEY, and Defendants, CASEY'S GENERAL STORES, INC. and CASEY'S RETAIL COMPANY, by their attorneys, TEASDALE & ASSOCIATES, LLC, that this cause be dismissed with prejudice, said  cause of action having been settled, with each party paying their own attorney's fees and costs.

Respectfully submitted:


/s/ Jeff Cisco                              
Jeffrey I Cisco, #6281181
KANOSKI BRESNEY
2730 S MacArthur Blvd
Springfield, IL 62704
Tel.: 217-523-7742
Fax: 217-523-1412
Email: jeffc@kanoski.com
***Attorney for Plaintiff***

/s/ Douglas Teasdale                    
Douglas S. Teasdale, #42016
TEASDALE & ASSOCIATES, LLC
5017 Washington Place, Ste. 302
St. Louis, MO  63108
Tel.: 314-725-5353
Fax: 314-454-0065
Email: dteasdale@teasdalelaw.com
***Attorney for Defendants***

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of July, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

Respectfully submitted,

/s/  Jeff Cisco
*Attorney for Plaintiff*

Jeffrey I Cisco, #6281181
KANOSKI BRESNEY
2730 S MacArthur Blvd
Springfield, IL 62704
Tel.: 217-523-7742
Fax: 217-523-1412
Email: jeffc@kanoski.com
**Attorney for Plaintiff**